UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 23-16014-JGR |
| R.A.I., INC. ) | |
| EIN: 26-3360881 ) | Chapter 11 |
| ) | SubChapter V |
| Debtor ) | |
| _____ ) | |
| R.A.I., INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | Adv. Proc. No. 24-1042-JGR |
| vs. ) | |
| ) | |
| BAR W SERVICES ) | |
| ) | |
| Defendant ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 15, 2024, I served by first class mail a copy
**SUMMONS and COMPLAINT** on all parties against whom relief is sought and those otherwise
entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

Bar W Services
Attention Officer, Director, Owner or Manager
83008 West Highway 40
Craig, CO 81625

 */s/ Nichole Garber*
For Wadsworth Garber Warner Conrardy, P.C.